UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 18, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07CR00570-FCD-01 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOHN WAYNE CONN, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN WAYNE CONN__, Case No. __2:07CR00570-FCD-01__, Charge __21USC § 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    xx   Bail Posted in the Sum of $ 300,000.00

           __   Unsecured Appearance Bond

           __   Appearance Bond with 10% Deposit

           __   Appearance Bond with Surety

           __   Corporate Surety Bail Bond

           ✔   (Other)     Pretrial conditions as stated on the record.

Issued at __Sacramento, CA__ on __January 18, 2008__ at __1:43 pm__.

                                      By   /s/ Gregory G. Hollows
                                          Gregory G. Hollows
                                          United States Magistrate Judge

Copy 5 - Court