William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for John CONN

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-570 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| JOHN WAYNE CONN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    Defendant, John Conn, through his undersigned counsel, and the United States through its undersigned counsel, hereby stipulate and request that the Court continue the Status Conference, in the above- captioned case, from Monday, November 16, 2009 at 10:00 a.m., to Monday, November 23, 2009 at 10:00 a.m.

A continuance is necessary because a plea agreement has been provided and defense counsel needs time to review it with his client and for further plea negotiations with the government.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare for sentencing and ongoing plea/sentencing negotiations. [Local Code T4 & T2]

I, William E. Bonham, the filing party have received authorization from AUSA Heiko Coppola, to sign and submit this stipulation and proposed order on their behalf and defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendant, John Conn, should be continued until Monday, November 23, 2009 at 10:00 a.m.

Dated: November 12, 2009

          LAWRENCE G. BROWN
          United States Attorney

By: /s/   Heiko Coppola
    HEIDO COPPOLA
    Assistant U.S. Attorney

Dated: November 12, 2009

By: /s/  William E. Bonham
    WILLIAM E. BONHAM
    Attorney for defendant
    JOHN CONN

# **ORDER**

IT IS SO ORDERED. Status Conference for John Conn, currently set for Monday, November 16, 2009 at 10:00 a.m. should be vacated and continued until Monday, November 23, 2009 at 10:00 a.m.

I find that the continuance is necessary and that time should be excluded under the Speedy Trial Act due to needs of counsel for additional time in ongoing sentencing preparation [Local Code T4 & T2]. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [Local Code T4 & T2], up to and including November 23, 2009.

Dated: November 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE