William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for John CONN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-07-0570 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS |
| v. | ) | CONFERENCE/CHANGE OF PLEA |
| | ) | AND TO ORDER A PRE-PLEA |
| JOHN WAYNE CONN, | ) | PROBATION SENTENCE REPORT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defendant, John Conn, through his undersigned counsel, and the United States through its undersigned counsel, hereby stipulate and request that the Court continue the Status Conference, in the above- captioned case, from Tuesday, February 16, 2010, to Monday, March 29, 2010 at 10:00 a.m. and hereby stipulate and request the Court to order a pre-plea probation sentence report as to evaluation

1

of the criminal history category only for consideration for the "Safety Valve" departure eligibility for the purposes of further plea negotiation.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel for continued case preparation, review of discovery and ongoing plea/sentencing negotiations.  Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party have received authorization from AUSA Heiko Coppola, to sign and submit this stipulation and proposed order on his behalf and defense counsel has authorization from his respective client. Defense counsel has further conferred with USPO Linda Alger as to the time requirement as to conducting the requested evaluation.  Defense counsel has agreed to forward the Order to USPO Alger as soon as the order is signed.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendant, John Conn, should be continued until Monday, March 29, 2010 at 10:00 a.m. The parties stipulate that the ends of justice are served by granting this continuance outweigh the best interest of the public and defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7) (A).

// // //

// // //

// // //

2

1 | Dated: February 12, 2010

By: /s/   Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney

8 | Dated: February 12, 2010

By: /s/  William E. Bonham
WILLIAM E. BONHAM
Attorney for defendant
JOHN CONN

## **ORDER**

IT IS SO ORDERED THAT THE status conference for John Conn, currently set for Tuesday, February 16, 2010 at 10:00 a.m. is vacated and continued to Monday, March 29, 2010 at 10:00 a.m.  IT IS FURTHER ORDERED that a pre-plea probation sentence report as to evaluation of the criminal history category be prepared the United States Probation Officer for consideration for the "Safety Valve" departure eligibility.

I find that the continuance is necessary due to needs of counsel for continued case preparation, review of discovery, and plea/sentencing negotiation.  Accordingly, time is excluded under the Speedy Trial Act due to needs of counsel for additional case preparation, review of discovery and ongoing plea/sentencing negotiations from February 16, 2010 through and including March 29, 2010 pursuant to Local Code T4 and 18 U.S.C. Section 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

Dated: February 12, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE