William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for John CONN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-07-570 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | FOR CRIMINAL HISTORY |
| v. | ) | CALCULATION |
| | ) | |
| JOHN WAYNE CONN, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |

Defendant, John Conn, by and through his undersigned counsel, William E.

Bonham, and the United States of America, by and through its undersigned

counsel, Heiko Coppola, hereby stipulate and agree to the following:

Since the departure of Karen Meusling Pyatt from United States Probation,

some of its procedures have changed.  Now, if one or both parties want Probation

1

to calculate a defendant's criminal history score (for guidelines purposes), and this task would require Probation to order documents, records, "rap sheets", etc. from courts or other agencies, Probation request the parties to seek by stipulation, the court's order to do so.  A stipulation and order is not necessary for every request for a criminal history calculation, but only for those sufficiently complicated that Probation would have to order records to reach a conclusion.

Defendant John Conn's record is such an example.  Probation Officer Linda Alger, was conferred and suggested, in light of the questions remaining to the defense after examining the records available, that a pre-plea criminal history evaluation should be requested.  Such evaluation is needed to determine what criminal history category applies in evaluating the plea offer and proposed plea agreement and whether the defendant is eligible for "safety value" consideration. Therefore, having examined the available records and found them insufficient to reach a conclusion, Probation has requested the undersigned counsel to move the court for an order it complete a criminal history calculation only (that is, not a complete "Pre-Plea PSR"), on behalf of Mr. Conn.

As time under the Speedy Trial Act has repeatedly and consistently been excluded under Local Code T-4, for ongoing preparation of counsel, this court need not make any other findings of excludable time.

Since it is possible Probation will not be able to complete this task before the

defendant's next appearance on March 29, 2010, the parties may seek to continue

that appearance until the calculations are complete.

I, William E. Bonham, the filing party have received authorization

from AUSA Heiko Coppola, to sign and submit this stipulation and proposed order

on his behalf.

Dated: March 3, 2010

By: /s/   Heiko Coppola
    HEIKO COPPOLA
    Assistant U.S. Attorney

Dated: March 3, 2010

By: /s/  William E. Bonham
    WILLIAM E. BONHAM
    Attorney for defendant
    JOHN CONN

/ / /

/ / /

/ / /

3

## **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that United States Probation for the Eastern District of California conduct a calculation of defendant John Conn's criminal history score, as that term is used in the United States Sentencing Guidelines.

Upon completion of the calculation, Probation shall notify both parties, and shall furnish both parties with its conclusion, along with a copy of its calculations so that the parties may understand the means by which Probation reached its conclusion.

**IT IS SO ORDERED**.

Dated: March 4, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE