William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for John CONN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,    )<br>  )<br>     v.         )<br>  )<br>CONN et al,      )<br>          Defendant.   )<br>  )<br>_____ ) | CR. No. 2:07- cr-570 FCD<br><br>ORDER TO CONTINUE CHANGE OF PLEA HEARING |

   IT IS SO ORDERED THAT THE change of plea hearing for John Conn, currently set for Monday, March 29, 2010 at 10:00 a.m. is vacated and continued to Monday, April 26, 2010 at 10:00 a.m.

   I find that the continuance is necessary to allow US Probation sufficient time to complete the criminal history calculation previously ordered by

this Court and due to needs of counsel for continued case preparation and plea/sentencing negotiation. Accordingly, time is excluded under the Speedy Trial Act due to needs of counsel for additional case preparation and ongoing plea/sentencing negotiations from March 29, 2010 through and including April 26, 2010 pursuant to Local Code T4 and 18 U.S.C. Section 3161(h)(7)(B)(iv). I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h) (7)(A).

Dated: March 25, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE